UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NERI JOCSON and FE JOCSON,<br><br>Plaintiffs,<br><br>vs.<br><br>DIAMOND RESORTS INTERNATIONAL CLUB, INC., dba DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC dba DIAMOND RESORTS FINANCIAL SERVICES, INC., BARCLAYS BANK DELAWARE dba BARCLAYCARD and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-08214-PA-E<br><br>**ORDER OF DISMISSAL** |

Pursuant to the parties' Stipulation of Dismissal filed on July 17, 2018, IT IS HEREBY ORDERED THAT Plaintiffs' action against Defendant Barclays Bank Delaware dba BarclayCard is dismissed with prejudice. Each party shall bear its own costs and attorneys' fees. IT IS SO ORDERED.

**Date:** July 17, 2018

_____
Honorable Percy Anderson
United States District Judge

- 1 -
-Order of Dismissal -