# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-8214 PA (Ex) | Date | July 20, 2018 |
|---|---|---|---|
| Title | Neri Jocson, et al. v. Diamond Resorts International Club, Inc., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Phyllis Preston | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Amir J. Goldstein | Rebecca J. Wahlquist |

**Proceedings:** TELEPHONIC STATUS CONFERENCE

The parties have reached a settlement. The parties recite the terms of the settlement on the record. Each party states their understanding and approval of the essential terms of the settlement. The Court dismisses this action without prejudice subject to either party reopening the action on or before August 10, 2018. The Court retains jurisdiction for purposes of enforcing the settlement until August 10, 2018. After August 10, 2018, absent a further order of the Court, the Clerk is ordered to dismiss this action with prejudice. All other dates in this action, including the trial date are vacated.

IT IS SO ORDERED.

|  | : | 10 |
|---|---|---|
| Initials of Preparer | KSS | |

cc: